# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-2175 DMG (MRW) | Date | November 10, 2020 |
|---|---|---|---|
| Title | Bosworth v. United States | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: SANCTIONS

1. The government filed a motion to dismiss the action on behalf of defendant Dr. Gross. (Docket # 29.) Plaintiff will file a timely response to the motion. Failure to do so will lead the Court to conclude that the motion is unopposed and that Plaintiff consents to the dismissal request. Local Rule 7-12.

2. Further, the Court notes that the government's lawyer "attempted to conduct the conference of counsel" with Plaintiff as required by Local Rule 7-3 before the filing of the motion. (Docket # 29 at 2.) However, "Plaintiff did not respond to the e-mail" that AUSA Finn sent to him. (Id.) That failure to participate in the pre-filing meeting is potentially misconduct that could lead to sanctions under Local Rule 83-7 for violating this Court's required procedures.

3. In addition to his required response to the motion, Petitioner is ordered to show cause why he should not be found in violation of Local Rule 7-3 and 83-7. His response to this order will be in the form of a separate declaration (not to exceed five pages) filed with his opposition to the motion explaining his conduct.

4. **Alternatively**, if Plaintiff does not wish to litigate this matter further or cannot adequately defend his conduct, he may voluntarily dismiss the lawsuit under Rule 41 with no further consequence.