# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BOSWORTH,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. ED CV 19-2175 DMG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action, IT IS ADJUDGED that judgment be entered in favor of Defendants Gross, Pelton, and Hirano, and dismissing this action with prejudice.

DATE: August 12, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE